UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRADEWINDS ENVIRONMENTAL RESTORATION, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-1093** |
| **MEDICAL CARE, N.A., ET AL** | **SECTION: L (2)** |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 24**

   DESCRIPTION:  Statement of Facts

   FILED BY:   Edward Laperouse

   FILE DATE:   12/4/06