UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

NEW ORLEANS DIVISION

---

TRADEWINDS ENVIRONMENTAL
RESTORATION, INC.,

        **Plaintiff,**

- against -

BIO-MEDICAL APPLICATIONS OF
LOUISIANA, INC. d/b/a FRESENIUS
MEDICAL CARE, N.A.

        **Defendant.**

CIVIL ACTION

No. 06-1093

Section "L" (2)

---

## AFFIDAVIT

1. My name is David S. Rubinton. I have been employed as in-house counsel by Trade-Winds Environmental Restoration, Inc. (Trade-Winds), located at 100 Sweeneydale Avenue, Bay Shore, New York, since May, 2004.

2. I have a B.A. (International Environmental Studies) from Rutgers University, a J.D. from Antioch University and an LL.M. (Environmental Law) from Pace University. I was first admitted to the bar in 1987 in the Second Judicial Department of New York. For eight years I was an enforcement attorney with the New York State Department of Environmental Conservation and served an Administrative Law Judge for one year with the New York City Department of Environmental Protection.

3. Trade-Winds is a full-service emergency and environmental response contractor. It was formed in 1993 and is incorporated in the state of New York. Trade-Winds is a wholly owned subsidiary of the Windswept Environmental Group, Inc. (WEGI), a public company, and has

approximately 75 full-time employees. Trade-Winds maintains full-time year-round offices in Tamarac, Florida and Denham Springs, Louisiana as well as New York.

4. Trade-Winds has conducted clean-ups ranging from the removal of anthrax from New York Governor George Pataki's New York City offices and the Federal Reserve Bank headquarters to an $8 million mold remediation project at Bear Stearns corporate offices in Manhattan; a $3.5 million mold remediation project at the Hilton resort in Hawaii; a mold remediation at the Marriott hotel in Annapolis, Maryland; more than $12 million for numerous smaller mold remediation projects throughout Alabama and Florida in 2004; an ongoing $25 million (to date) asbestos, mold, lead and flood and fire remediation/restoration project for We're Associates in Long Island, New York and, a $1.5 million mold remediation project at a nursing home in Houston.

5. Trade-Winds has performed numerous asbestos, lead, mold and soil remediation projects for the Federal Aviation Administration and numerous land and water-based oil spill response projects for the U.S. Coast Guard. Trade-Winds has worked for some of the largest companies in this country including AIG, Hilton hotels, the Bank of New York, Capital One and Whitney Bank. It has also consulted to the governments of China, Dubai, Poland and Mexico, specifically in the area of mold remediation.

6. Trade-Winds is the Mold Remediation training entity for the Association of Specialists in Cleaning and Restoration (ASCR) an international association comprised of over 1500 restoration contractors.

7. Trade-Winds is also certified by the New York State Department of Health to conduct all aspects of asbestos containment, abatement and/or remediation training. It is certified by the

U.S. Environmental Protection Agency to teach all aspects of lead paint abatement, containment and/or remediation. Trade-Winds also conducts OSHA hazardous waste operator and marine oil spill response training

8. As a public corporation, Trade-Winds is required to adhere to the most stringent and transparent ethical and financial standards.

9. Trade-Winds pricing and business model have been scrutinized and approved by the United States General Services Administration. As such, Trade-Winds is authorized to perform its services around the country for the federal government.

10. On August 29, 2005, Louisiana was impacted by hurricane Katrina.

11. On Tuesday, September 6, 2005, I returned to the office from vacation and learned that Trade-Winds had taken a long-term lease on an office in Louisiana and had begun to mobilize staff and equipment to assist with the post-hurricane remediation efforts for some of our pre-established clients such as UBS and Saks Fifth Avenue. In fact, I later learned that on or about August 31, 2005, Jeff Micheli, the Chief Operating officer of Trade-Winds was contacted by Tom Vanderploeg of Fresenius Medical Care asking for the whereabouts of Trade-Winds Project Manager, Robert Mackey. Apparently, Mr. Mackey had presented at a seminar in Florida at which Mr. Vanderploeg attended. Mr. Vanderploeg advised us that Fresenius had more than 1600 facilities and that a number of their facilities were impacted by hurricane Katrina. He asked if we could help.

12. Accordingly, my first order of business on September 6, 2005, was to inquire into licensing requirements in Louisiana. I learned that effective July, 2004, Louisiana joined a handful of states in requiring Mold Remediation Contractors to be licensed as such.

13. I contacted the Louisiana State Licensing Board for Contractors (SLBC) by phone. After explaining what Trade-Winds does, I was told, "That's great, we need you people to come down here and help us."

14. I asked how quickly we could get going and was told "immediately." I reminded the individual that we didn't yet have our licenses in place and was told that the office is "really not focused on enforcement right now, we need help."

15. I requested copies of the forms needed to apply for our permits. I was directed to the SLBC website and printed out the required forms.

16. I also inquired whether Trade-Winds needed a permit or other authorization from the state to conduct the 24 hour mold remediation course – the completion of which is a pre-requisite to obtaining a Mold Remediation license in Louisiana – and was told that "the Board does not currently require any certification for those conducting the training." I have attached copies of confirming email which I sent and received during this process as Exhibit "A".

17. In other words, Trade-Winds was free to conduct the mold remediation course to certify other permit applicants in Louisiana even though Trade-Winds did not yet have its own Louisiana Mold Remediation License.

18. Based on that information, Trade-Winds immediately opened a Mold Remediation Training Center wherein Trade-Winds trained workers, displaced residents and other interested persons in proper mold remediation procedures. Trade-Winds provided this training free of charge as part of its efforts to help the people of Louisiana. Trade-Winds publicized these efforts throughout the local community.

19. On or about September 28, 2005, I submitted an Application for a Mold Remediator's

5

License to the State of Louisiana State Licensing Board for Contractors (SLBC).

20. On or about September 30, 2005, Fresenius signed the first of four contracts and price lists for mold remediation services at its impacted facilities in Louisiana. Fresenius paid a $20,000.00 mobilization fee for each of these jobs and nothing further.

21. On or about October 4, 2005, we were contacted by the State of Louisiana to perform a mold remediation project at one of its facilities. They were fully aware of our licensing status and our invoice was paid in full. In fact, at no time did Trade-Winds misrepresent its license status with any of its clients and almost all of them have paid their bills without ever having raised the issue.

22. As November wore on, and I hadn't heard anything back from the State, I was growing anxious about the status of Trade-Winds' application. I proceeded to call and write the SLBC frequently in the hope of learning something about the status of our application.

23. During one such call, in mid-November, 2005, I spoke to Valarie Sawaya of the SLBC, and I learned that our application was complete.

24. Still not having received the license, and due to the large amount of contractors attempting to get licensed and the communications problems created by the storm, I requested our local counsel, Fred Herman, to act on our behalf to break through this logjam.

25. On February 16, 2006, Trade-Winds received its Mold Remediation Contractor License.

26. Our good standing with the State was further reinforced when Jeff Micheli received a note from Lieutenant Governor Mitchell J. Landrieu (attached as Exhibit "B") testifying to his high personal regard for Mr. Micheli.

27. On or about the first week of September, 2006, in preparing for this case, I again called Ms. Sawaya together with Mr. Micheli.

28. During that conversation, we asked Ms. Sawaya if she could confirm in writing that there was a *defacto*, if not an actual, moratorium on permit processing during the aftermath of hurricane Katrina. Ms. Sawaya stated that there was one but that staff had been instructed never to confirm so officially. She further stated that she thought it was ridiculous that Trade-Winds credentials were now being challenged in this manner in light of all of the projects that we had completed, and that she was sorry that she couldn't help us.

Dated: Bay Shore, New York
December 12, 2006

Respectfully submitted,

David S. Rubinton, General Counsel
Trade-Winds Environmental
Restoration, Inc.
100 Sweeneydale Avenue
Bay Shore, NY 11706
(631) 435-8900

Sworn to before me this
12th day of December, 2006

NOTARY PUBLIC

KIMBERLY D. POLITO
Notary Public State of New York
No. 01PO6127519
Qualified in Suffolk County
Commission Expires: May 23, 2009

7

## David Rubinton

From: "Leonard Servat" <LServat@lslbc.louisiana.gov>
To: <drubinton@tradewindsenvironmental.com>
Sent: Thursday, September 08, 2005 9:11 AM
Subject: Website question

You may conduct any 24 hour course (as described in the Louisiana Contractors Licensing Law) on mold remediation provided it is "hands on" training (i.e. live). We will not accept over the internet training. All other training (lead, asbestos, hazmat, etc) must be approved by the Louisiana Department of Environmental Quality

Leonard Servat
Applications and Examinations Director



EXHIBIT
A

9/8/2005

## David Rubinton

**From:** "Doug Traylor" <DTraylor@lslbc.louisiana.gov>
**To:** <drubinton@tradewindsenvironmental.com>
**Cc:** "Valarie Sawaya" <VSawaya@lslbc.louisiana.gov>
**Sent:** Thursday, February 23, 2006 2:59 PM
**Subject:** RE: Mold Training

Dear Mr. Rubinton:

When you apply for a mold remediation license, you are required to have 24 hours of mold remediation training and 4 hours of training on Louisiana's "Unfair Trade Practices and Consumer Protection Law." The Board does not currently require any certification for those conducting the training. The only restriction the Board has imposed in this matter is that the training cannot be online, i.e., conducted via the internet, or by correspondence. I assume this is because the Board wants the trainer to verify that the individual actually sat through the entire presentation.

If you should have any further questions regarding this matter, please feel free to contact us.

Sincerely,
Doug Traylor
Louisiana State Licensing Board for Contractors

---

**From:** Valarie Sawaya
**Sent:** Thursday, February 23, 2006 8:59 AM
**To:** Doug Traylor
**Subject:** FW: Mold Training

Doug will you give him any info that you have on this please... thank you...

---

**From:** David Rubinton [mailto:drubinton@tradewindsenvironmental.com]
**Sent:** Thursday, February 23, 2006 8:27 AM
**To:** Valarie Sawaya
**Subject:** Mold Training

Ms. Sawaya: During one of our conversations last fall you had mentioned that we did not need, as there is no requirement for, a state certification to conduct mold remediation training in Louisiana. Can you please confirm that this is true by reply email? Thank you once again for your assistance. - Dave Rubinton



MITCHELL J. LANDRIEU
LIEUTENANT GOVERNOR

February 17, 2006

Jeffrey Micheli
Trade-Winds
100 Sweeneydale Ave.
Bay Shore, NY 11706

Dear Jeffrey,

It was great to see you recently. I look forward to working with you in the future.

If you ever need assistance please do not hesitate to contact my office. With the kindest regards, I am

Sincerely yours,

Mitchell J. Landrieu

MJL/sdo



EXHIBIT
B